**Ford Elsaesser**
pts1@ejame.com
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | Case No. 08-20381- TLM |
| SHERIDAN, DARRELL ROYCE ) | Chapter 7 |
| SHERIDAN, SHERRY ANN ) | |
| Debtor(s) ) | |

**OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING**

Comes now Ford Elsaesser, Chapter 7 Trustee in the Sheridan bankruptcy proceeding, and objects to Mortgage Electronic Registration Systems, Inc., as nominee HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust Series 2006-3 (Creditor), Motion for Relief from Stay filed October 16, 2008 as *Court Docket No. 21* in the following described property:

Real property located at 636 North Sparklewood Court Post Falls ID 83854.

The trustee's objection to the stay lift motion is based upon the fact that while Mortgage Electronic Registration Systems, Inc., as nominee HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust Series 2006-3 is represented to be the "Secured Creditor" of the loan, it is not clear whether they have any authority to bring the motion, in the form of an assignment, agreement, or power of attorney. Until the authority of Mortgage Electronic Registration Systems, Inc., as nominee HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust Series 2006-3 to

OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING  - 1

bring such a motion is clarified, the motion should be denied , without prejudice.


DATED:  October 21, 2008          /s/
                                   Ford Elsaesser, Trustee


## NOTICE OF HEARING

TO ALL PARTIES OF INTEREST:

   PLEASE TAKE NOTICE That the trustee will call up for hearing **OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING** , before the above entitled Court at the United States Courtroom, Federal Building, 205 N. 4th Street, Coeur d'Alene, Idaho on the **4th**  day of **November**, **2008**, at the hour of **9:30 a.m. PT** or as soon thereafter as counsel may be heard.

   **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

   If you do not want the court to grant the relief sought in the **OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING**  or if you want the court to consider your views on the **OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING** , then on or before the date of the hearing you or your attorney must:

   *If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the time and date of the hearing stated above and a copy of your response must be mailed to the Trustee and United States Trustee.*

| *United States Bankruptcy Court* | *Ford Elsaesser Trustee* | *U. S. Trustee* |
|---|---|---|
| *205 N. 4th Street - Fed'l Bldg.* | *P. O. Box 2220* | *MK Central Plaza* |
| *CDA ID 83814* | *Sandpoint  ID 83864* | *720 Park Blvd. #220* |
|  |  | *Boise ID 83712* |

   *Or, you can attend the scheduled hearing and present your views or support your filed response at that time.*

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the **OBJECTION TO MOTION FOR RELIEF FROM STAY**


OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING  - 2

**AND NOTICE OF HEARING** and may enter an order granting that relief.

DATED: October 21, 2008

/s/
Ford Elsaesser Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2008, I electronically filed **OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.

Jeffrey H Andrews jeffandrewslaw@yahoo.com
Steven W Boyce sboyce@justlawidaho.com, ddorman@justlawidaho.com
US Trustee ustp.region18.bs.ecf@usdoj.gov

I further certify that, on the same date, I have served the foregoing document to the following non-CM/ECF Registered Participant(s) in the manner indicated:
Via United States Postal Service, first class mail, postage prepaid:

Darrell & Sherry Sheridan
636 North Sparklewood Court
Post Falls ID 83854

Great Lakes Educational Loan Services
Claims Filing Unit
POB 8973
Madison, WI 53708-8973

Litton Loan Servicing, L.P.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

/s/
Deborah Hillen
Administrative Assistant

OBJECTION TO MOTION FOR RELIEF FROM STAY AND NOTICE OF HEARING - 3