**Ford Elsaesser**
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0722 [Facsimile]
pts1@ejame.com
Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHERIDAN, DARRELL ROYCE ) | CASE NO. 08-20381 - TLM |
| SHERIDAN, SHERRY ANN ) | CHAPTER 7 |
| ) | |
| Debtor(s) ) | |
| ) | |

**CASE STATUS REPORT**

TRUSTEE:         Ford Elsaesser

STATUS AS OF:    April 28, 2010

ALL ACTIONS WHICH MUST BE COMPLETED BEFORE A FINAL REPORT CAN BE FILED:

|                                 | DATE OF HEARING |
|---------------------------------|-----------------|
| ACTION PENDING                  | OR SALE         |
| Trustee currently reviewing claims | |

PROJECTED DATE OF SENDING TFR TO UST FOR REVIEW: 09/01/10

April 28, 2010              /s/_____
                            Ford Elsaesser, Chapter 7 Trustee