UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case Number 08-20381-TLM |
| Darrell Royce Sheridan and | Chapter 7 |
| Sherry Ann Sheridan | |
| Debtors. | |

**ORDER FOR RELIEF FROM STAY BY HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-3 THROUGH ITS SERVICING AGENT LITTON LOAN SERVICING LP**

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-3 through its servicing agent Litton Loan Servicing LP ("Movant"), Docket #52 ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised, and good cause existing:

**IT IS HEREBY ORDERED:**

The automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movant and to the subject property described as:

Real property located at 636 North Sparklewood Court, Post Falls, ID, 83854 and legally described as follows:

LOT 16, BLOCK 6. WOODBRIDGE SUBDIVISION, ACCORDING TO THE PLAT RECORDED IN BOOK  I OP PLATS , PAGES 288·288E, RECORDS OP KOOTENAI COUNTY, IDAHO

**\*IT IS FURTHER ORDERED** that the 14 day stay imposed by F.R.B.P. 4001(a)(3) is hereby waived and this order shall be effective immediately.

//end of text//

DATED:  August 1, 2011

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER GRANTING RELIEF FROM STAY– P. 1

Submitted by:


__/s/  Lance Olsen
Lance Olsen,
Attorney for Creditor